Case 1:07-cr-01224-DAB   Document 1   Filed 12/19/2007   Page 1 of 1

DEC-17-2007 15:44            P.02

☞ ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,       :

          - v -                 :       NOTICE OF INTENT TO
                                        FILE AN INFORMATION
EDDIE SPELLER,                  :

                Defendant.      :       07CRIM1224

- - - - - - - - - - - - - - - -x
```

JUDGE BATTS

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:     New York, New York
               December 18, 2007

                                 MICHAEL J. GARCIA
                                 United States Attorney

                 By: _____
                       Christine Y. Wong
                       Assistant United States Attorney

                       AGREED AND CONSENTED TO:

                 By: _____
                       Edgar De Leon, Esq.
                       Attorney for Eddie Speller

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07

12/19/07    WHEEL A