```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :    INFORMATION

        -v.-                    :
                                     07 Cr.
EDDIE SPELLER,                  :

        Defendant.              :
- - - - - - - - - - - - - - - - x
```

COUNT ONE

The United States Attorney charges:

From in or about June 2004, up to and including in or about December 2007, in the Southern District of New York, EDDIE SPELLER, the defendant, unlawfully, willfully, and knowingly did embezzle, steal, purloin, and knowingly convert to his own use and the use of another vouchers, money, and things of value of the United States and of a department and agency thereof, to wit, the United States Department of Housing and Urban Development, of a sum exceeding $1,000, and did receive, conceal and retain the same with intent to convert them to his own use and gain, knowing them to have been embezzled, stolen, purloined, and converted, to wit, EDDIE SPELLER, a police officer with the New York City Police Department, failed to report his income as a police officer and from other employment to the New York City Department of Housing and Preservation Development, and thereby obtained

approximately $25,000 in federal housing subsidies to which he was not entitled.

   (Title 18, United States Code, Section 641.)

*[signature: Michael Garcia]*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

- v. -

EDDIE SPELLER,

Defendant.

**INFORMATION**

07 Cr. ___

_____
MICHAEL J. GARCIA
United States Attorney.

*[handwritten notations, dated 12/27/07, referencing filing of Information and waiver of indictment, AUSA Michael Levy, defendant Eddie Speller with attorney, next conference 1/28/08, signed by judge]*