CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

UNITED STATES OF AMERICA

vs.

Criminal Number: _____

EDDIE SPELLER

                Defendant.

---------------------------------------------------------X

**07CRIM1224**

TO:   THE CLERK OF THE COURT

    YOU ARE HEREBY NOTIFIED THAT DE LEON & ASSOCIATES, PLLC, BY EDGAR DE LEON, APPEAR AS THE ATTORNEY(S) FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

    WE ARE APPEARING IN THIS ACTION AS <u>RETAINED</u> COUNSEL FOR THE DEFENDANT.

Dated: December 27, 2007
      New York, New York

                                      _____
                                      De Leon & Associates, PLLC
                                      By: Edgar De Leon, Esq.
                                      NYS Attorney Registration No. 2910313
                                      26 Broadway - Suite 2100
                                      New York, New York  10004
                                      Telephone:   (212) 747-0200
                                      Facsimile:    (212) 747-0202

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DEC 27 2007]