

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 3, 2008

**BY HAND**



MAR 4 2008

CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

    Re: **United States v. Eddie Speller,**
        **07 Cr. 1224 (DAB)**

Dear Judge Batts:

    The Government respectfully requests that time be excluded in the above-referenced matter for purposes of the Speedy Trial Act from March 3, 2008, until March 17, 2008, when the next pre-trial conference is scheduled before this Court. The Government makes this request, with the consent of counsel for Mr. Speller, to permit the Government and the defense to continue discussions regarding a disposition before trial. The ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

/DAB/
GRANTED
3/05/08
n.p.t.
3/03/08

                           Very truly yours,

**SO ORDERED**
*Deborah A. Batts*

**DEBORAH A. BATTS**
**UNITED STATES DISTRICT JUDGE**

                           MICHAEL J. GARCIA
                           United States Attorney

                           By: _____
                           Christine Y. Wong
                           Assistant United States Attorney
                           (212) 637-2460

cc:    Edgar De Leon, Esq. (by facsimile)