U.S. Department of Justice

United States Attorney
Southern District of New York



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 26, 2008

BY HAND
Honorable Deborah A. Batts
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

    Re: **United States v. Eddie Speller**
        07 Cr. 1224 (DAB)

Dear Judge Batts:

/DAB/ Granted 06/27/08

    The Government respectfully requests that the sentencing in the above-captioned matter be adjourned to a date on or after July 3, 2008. The undersigned assistant will not be available on the scheduled date of June 30, 2008. Defense counsel has consented to this request. The parties would respectfully request that the matter be scheduled at a time convenient to the Court, but must advise the Court that neither party is available from August 21 to August 29, 2008.

    Thank you in advance for your consideration.

The sentencing in this matter is hereby adjourned sine die.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Rua M. Kelly
Assistant United States Attorney
(212) 637-2471
(212) 637-2527 (fax)

cc: Edgar De Leon, Esq.

SO ORDERED
*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE